IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NORMAN ALPHONSO PERKINS,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>5:22-cr-00036-TES-CHW-1 |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is an Unopposed Motion to Continue [Doc. 18], filed by the Government. On July 12, 2022, the Government obtained a two-count indictment charging Defendant with Distribution of Cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and Distribution of Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii). [Doc. 1]. Defendant appeared in this District on July 28, 2022. [Doc. 9].

The Government seeks a continuance to permit Defendant the opportunity to review discovery, to prepare an effective defense, and to more fully prepare for trial with his appointed counsel. Accordingly, the Court **GRANTS** the Government's Unopposed Motion to Continue [Doc. 18], and this case and its pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term—October 11, 2022. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the

public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

    **SO ORDERED**, this 3rd day of August, 2022.

                                            S/ Tilman E. Self, III
                                            **TILMAN E. SELF, III, JUDGE**
                                            **UNITED STATES DISTRICT COURT**