**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**v.**<br><br>**NORMAN ALPHONSO PERKINS,**<br><br>    *Defendant.* | **CRIMINAL ACTION NO.**<br>**5:22-cr-00036-TES-CHW-1** |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL
IN THE INTERESTS OF JUSTICE**

Before the Court is an Unopposed Motion to Continue [Doc. 27], filed by Defendant. On July 12, 2022, the Government obtained a two-count indictment charging Defendant with Distribution of Cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and Distribution of Cocaine Base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii). [Doc. 1]. Defendant pled "Not Guilty" on July 28, 2022. [Doc. 9], [Doc. 12]. Initially, the Federal Defenders Office was appointed to represent Defendant [Doc. 8], but a motion to withdraw was granted on September 1, 2022 [Doc. 24], [Doc. 25]. Kenneth Smith was appointed to represent Defendant on September 6, 2022. [Doc. 26].

Once received, counsel for Defendant will need additional time to fully review discovery, conduct any required investigation, or negotiate a potential resolution of the case prior to the Court's next regularly scheduled trial term. Accordingly, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 27], and this case and its

pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term—December 11, 2022. *See* 18 U.S.C. § 3161(h)(7)(B)(i) and (h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 13th day of September, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

2