# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **NORMAN ALPHONSO PERKINS,** *Defendant.* | **CRIMINAL ACTION NO.** **5:22-cr-00036-TES-CHW-1** |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is an Unopposed Motion to Continue, [Doc. 40], filed by the Government. On July 12, 2022, the Government obtained a two-count indictment charging Defendant with Distribution of Cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and Distribution of Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii). [Doc. 1]. Defendant pled "Not Guilty" on July 28, 2022. [Doc. 9]; [Doc. 12].

Initially, the Federal Defenders Office was appointed to represent Defendant, [Doc. 8], but a motion to withdraw was granted on September 1, 2022. [Doc. 24]; [Doc. 25]. Kenneth Smith was then appointed to represent Defendant, who likewise had to withdraw due to a conflict. [Doc. 26]; [Doc. 33]. Defendant was appointed representation by Robert Cabe on November 14, 2022. [Doc. 34]; [Doc. 35]. The Government promptly provided discovery and a plea offer to Mr. Cabe for Defendant.

The parties ask the Court for additional time to permit Defendant the opportunity to review discovery, to prepare an effective defense, and to fully prepare for trial with his appointed counsel. This additional amount of time will afford Defendant's counsel an opportunity for meaningful investigation of the case and to discuss a possible resolution with counsel for the Government.

Accordingly, the Court **GRANTS** the Government's Unopposed Motion to Continue, [Doc. 40], and this case and its pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term—June 19, 2023. *See* 18 U.S.C. § 3161(h)(7)(B)(i) and (h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 13th day of March, 2023.

                                                S/ Tilman E. Self, III
                                                **TILMAN E. SELF, III, JUDGE**
                                                **UNITED STATES DISTRICT COURT**